IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE:  SERGIO MORENO & BEATRIZ MORENO   ) Chapter 13
                                         )
                                         )
                                         )
                            - Creditor   ) No. 14-12714
PNC Bank, National Association           )
                                         )
                    v.                   ) Judge
                                         ) Jack B. Schmetterer
SERGIO MORENO & BEATRIZ MORENO           )
                            Debtor       )
```

NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON April 22, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 682, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on April 10, 2015, with proper postage prepaid.

**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE**

PIERCE & ASSOCIATES, P.C.

/s/ Christopher Brown
ARDC# 6271138

1 North Dearborn
Suite 1300
Chicago, Illinois 60602
312-346-9088

PA14-2064

Service List

To Trustee:
Tom  Vaughn
55 East Monroe Street
Suite 3850
Chicago, Illinois 60603
**By Electronic Notice through ECF**

To Debtor:
SERGIO MORENO & BEATRIZ MORENO
3522 S 53rd Ct
Cicero, IL 60804
**By U.S. Mail**

To Attorney:
Ronald D. Cummings, Law Office
121 Springfield Ave
Joliet, Illinois 60435
**By Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088

PA 14-2064

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:   SERGIO MORENO & BEATRIZ MORENO)
                                    )
PNC Bank, National Association      )
        Creditor,                   )    Case No. 14-12714
                                    )    Judge Jack B. Schmetterer
    vs.                             )
                                    )
SERGIO MORENO & BEATRIZ MORENO,     )
        Debtor(s),                  )

**MOTION TO MODIFY THE AUTOMATIC STAY AND DISMISS CASE**

NOW COMES PNC Bank, National Association, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 3522 S 53rd Ct, Cicero, IL 60804, be modified or alternatively that the above captioned Chapter 13 be dismissed stating as follows:

1. On April 05, 2014 the above captioned Chapter 13 was filed.

2. On June 18, 2014 the above captioned Chapter 13 was confirmed.

3. PNC Bank, National Association services the first mortgage lien on the property located at 3522 S 53rd Ct, Cicero, IL 60804.

4. Post-petition mortgage payment are scheduled under the plan to be paid directly to PNC Bank, National Association. Post-petition mortgage payments are $1,316.18.

5. The Plan calls for the debtor to be the disbursing agent for the post-petition mortgage payments.

6. The post-petition mortgage payments are due and owing for February 01, 2015. The default to PNC Bank, National Association

is approximately $4,464.49 through April 2015 including attorney's fees and costs of this motion.

7. The plan is in material default.

8. PNC Bank, National Association continues to be injured each day it remains bound by the Automatic Stay.

9. PNC Bank, National Association is not adequately protected.

10. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 3522 S 53rd Ct, Cicero, IL 60804, be modified, and that the above captioned Chapter 13 be dismissed, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to PNC Bank, National Association to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

PNC Bank, National Association

/s/Christopher Brown
ARDC# 6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088